**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01428-CV

**ENNIS REGIONAL MEDICAL CENTER AND PETER ANTHONY EVENBLY, R.N.,**
**Appellants**

**V.**

**BRENDA CRENSHAW, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07250**

## ORDER

Appellees filed a motion to file a supplemental brief on March 28, 2013. This Court allowed appellees to file a supplemental brief pursuant to its March 28, 2013 order.

Accordingly, we **DENY** the current motion as moot.

/s/    MARY MURPHY
PRESIDING JUSTICE